UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DAHDAH,                         Case No. 22-11863

    Plaintiff,                              F. Kay Behm
v.                                       United States District Judge

ROCKET MORTGAGE, LLC,

    Defendant.
_____/

### ORDER ALLOWING DEFENDANT TO UPLOAD MEDIA FILES

Defendant Rocket Mortgage, LLC filed a motion to dismiss the complaint and a motion to compel arbitration.  (ECF Nos. 11, 12).  The court requested Defendant to submit the video exhibits submitted by Rocket Mortgage in *Daschbach v. Rocket Mortgage*, Case No. 22-cv-346 (D. N.H.), ECF No. 21 (Conventionally Filed Exhibit 5) and the video exhibits filed by Rocket Mortgage in *Shirley v. Rocket Mortgage*, Case No. 21-13007 (E.D. Mich.), that are not otherwise duplicative of the video submitted in the above-captioned matter.  This order does not preclude the parties from objecting to the court's consideration of the videos from *Daschbach* or *Shirley*.

1

Because the proposed filing are video recordings that cannot be converted to PDF, Defendant may file the exhibits using the media file upload pursuant to this district's Electronic Filing Policy and Procedure Rule 19(c).

**SO ORDERED**.

Date: May 23, 2023                           <u>s/F. Kay Behm</u>
                                             F. Kay Behm
                                             United States District Judge